In the Matter of the Application of CHARLES KLEIN,
Respondent, against WILLIAM J. DALTON, as Mayor of
the City of Long Beach, et al., Appellants.

*Municipal corporations — Long Beach (city of) — Optional City Government Law now in force.*

*Matter of Klein v. Dalton,* 218 App. Div. 855, affirmed.
(Argued March 28, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the second judicial
department, entered December 17, 1926, which affirmed
an order of Special Term granting a motion for a
peremptory order of mandamus to compel the defendants
to perform all the acts and things necessary to carry
out the provisions contained in chapter 444 of the Laws
of 1914, known as the Optional City Government Law, to
the end that an election may be held in the city of Long
Beach, on the question of the adoption of a new charter,
known as " plan C " in that law.

*David Cohen* and *Abraham H. Kesselman* for appellants.
*Irving G. Warshaw* for respondent.

Order affirmed, with costs. Held that the Optional
City Government Law (L. 1914, ch. 444) is now in force
in the city of Long Beach.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

GEORGE H. DRAKE, Appellant, v. CITY OF BUFFALO
et al., Respondents.

*Municipal corporations — Buffalo (city of) — temporary injunction restraining the holding of a special election vacated — submission to electors of resolution of city council.*

*Drake v. City of Buffalo,* 220 App. Div. 233, affirmed.
(Argued April 5, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial

department, entered March 31, 1927, which affirmed an order of Special Term vacating a temporary injunction restraining the defendants from holding a special election pursuant to a resolution of the council of the city of Buffalo, submitting to the electors the following question: " Shall the action of the council, taken December 29, 1926, in adopting item No. 57, authorizing the expenditure of two million one hundred sixty-nine thousand two hundred and sixteen ($2,169,216.00) dollars by the board of managers of the Buffalo City Hospital for additions to and alterations of existing buildings, be approved? "

The following question was certified: " Does section 31 of the charter of the city of Buffalo, upon the filing of the requisite petition and the refusal of the council to rescind, require the submission to the electors of the resolution which is item 57, page 3036 of the council proceedings of the city of Buffalo of December 29, 1926, set forth in the complaint herein? "

*Louis E. Desbecker* and *William S. Rann* for appellant.

*Frederick C. Rupp,* Corporation Counsel (*Andrew P. Ronan* of counsel), for respondents.

*Henry W. Killein, James O. Moore* and *Charles R. Sweeney* for Edward E. Haley et al., intervenors.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

CARL JOHNDAHL, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

*Municipal corporations — Buffalo (city of) — temporary injunction restraining holding of special election vacated — qualifications of signers of protest against resolution of city council.*

*Johndahl v. City of Buffalo,* 220 App. Div. 746, affirmed.

(Argued April 5, 1927; decided April 7, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial